# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Nancy Calchi

                  Plaintiff,

v.                                              Case No.: 1:22–cv–00747
                                                Honorable Steven C. Seeger

TopCo Associates, LLC

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 6, 2025:

      MINUTE entry before the Honorable Steven C. Seeger: The joint motion to stay in light of settlement (Dckt. No. [80]) is hereby granted. The parties have reached a settlement agreement, and seek a 30–day stay. Given that representation, the complaint is hereby dismissed without prejudice. The dismissal shall automatically convert to a dismissal with prejudice unless the parties seek and obtain relief from the Court by July 15, 2025. The parties must file a stipulation of dismissal when the time comes. The case is closed. Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.